FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| SEGA CORPORATION and SEGA OF AMERICA, INC.,<br><br>Plaintiffs,<br><br>v.<br><br>BENGBU LUCKY GIFTS CO., LTD., et al.,<br><br>Defendants. | Case No. 23-cv-16654<br><br>**Judge Mary M. Rowland**<br><br>**Magistrate Judge Jeffrey Cole** |

## NOTICE OF DISMISSAL UNDER RULE 41(a)(1)

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, Plaintiffs Sega Corporation and Sega of America, Inc. hereby dismiss this action with prejudice as to the following Defendants:

| **Defendant Seller Alias** | **Schedule A Line No.** |
|---|---|
| chengduhuangongchenkejiyouxiangongsi | 73 |
| KGLBOY | 102 |
| KXJFC | 104 |
| YY-us | 148 |
| ZC-Forever | 149 |
| zlhcgd | 153 |
| Guangzhou British trading Co., LTD | 193 |

1

Dated this 2nd day of February 2024.    Respectfully submitted,

/s/ Martin F. Trainor
Martin F. Trainor
Sydney Fenton
Richard M. Poskozim
Alexander Whang
TME Law, P.C.
10 S. Riverside Plaza
Suite 875
Chicago, Illinois 60606
708.475.1127
martin@tme-law.com
sydney@tme-law.com
richard@tme-law.com
alexander@tme-law.com

*Counsel for Plaintiffs Sega Corporation and Sega of America, Inc.*